UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                            Case No. 16-10168-DHW
                                                 Chapter 7
JOHN C. TOMBERLIN,
JAN M. TOMBERLIN,

    Debtors.

## ORDER APPROVING APPLICATION TO
## EMPLOY PROFESSIONAL PERSON

The trustee filed an application (Doc. #157) to employ attorneys, Eric L. Pruitt, Daniel J. Ferretti, and David Folds. The Bankruptcy Administrator recommended the employment (Doc. #159). The United States of America (Tax Division) filed a limited objection (Doc. #163). The court held a hearing on the matter on June 26, 2017. In accordance with the ruling from the bench in open court, it is

ORDERED that the application (Doc. #157) to employ Eric L. Pruitt, Daniel J. Ferretti, and David Folds is APPROVED.

Done this 26th day of June, 2017.

*/s/ Dwight A. Williams, Jr.*

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:   Debtors
     Collier H. Espy, Attorney for Debtors
     Eric L. Pruitt, Special Counsel
     Daniel J. Ferretti, Special Counsel
     David Folds, Special Counsel
     William C. Carn, Trustee
     Bankruptcy Administrator

Lynne M. Murphy, Attorney for Creditor