UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re:  Case No. 16-10168-DHW
Chapter 7
JOHN C. TOMBERLIN,
JAN M. TOMBERLIN,

    Debtors.

_____

MULTIBANK 2009-1 CML-ADC VENTURE, LLC,

    Plaintiff,

v.  Adv. Proc. 16-01116

JOHN C. TOMBERLIN,

    Defendant.

## ORDER DENYING DEBTOR'S DISCHARGE

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED that John C. Tomberlin's discharge is DENIED pursuant to 11 U.S.C. § 727(a)(2)(A).

Done this the 3rd day of November, 2017.

*/s/ Dwight A. Williams, Jr.*

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtors
Collier H. Espy, Jr., Attorney for Defendant
Joel Connally, Attorney for Plaintiff