UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
DOTHAN DIVISION

In Re: §
§
JOHN C. TOMBERLIN § Case No. 16-10168
JAN M. TOMBERLIN §
§
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/28/2016. The undersigned trustee was appointed on 01/29/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 2,213,818.34 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 531,037.45 |
| Bank service fees | | 13,802.65 |
| Other payments to creditors | | 1,488,978.24 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 180,000.00 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

USBA Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/11/2018 and the deadline for filing governmental claims was 10/11/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $81,255.41. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $77,316.18, for a total compensation of $77,316.18[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $2,683.82, for total expenses of $2,683.82[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/31/2021   By: /s/William C. Carn, III

William C. Carn, III
P. O. Box 8665
Dothan, AL 36304
Phone: (334) 836-1167
Email: wcarn@billcarn.com

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

USBA Form 101-7-TFR (5/1/2011) *(Page: 2)*

Case 16-10168   Doc 363   Filed 04/05/21   Entered 04/05/21 08:35:50   Desc Main
Document      Page 2 of 17

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| Case No: | 16-10168 | BPC | Judge: | Bess M. Parrish Creswell | Trustee Name: | William C. Carn, III |
|---|---|---|---|---|---|---|
| Case Name: | JOHN C. TOMBERLIN | | | | Date Filed (f) or Converted (c): | 01/28/2016 (f) |
| | JAN M. TOMBERLIN | | | | 341(a) Meeting Date: | 03/24/2016 |
| For Period Ending: | 03/31/2021 | | | | Claims Bar Date: | 10/11/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 12 Indigo Place | 1,000,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 927 E. Lee Street | 35,580.00 | 0.00 | OA | 0.00 | FA |
| 3. 14305 Highway 84 | 39,110.00 | 0.00 | OA | 0.00 | FA |
| 4. Lot 1, portion of Lot 2; country club park s/b | 15,000.00 | 0.00 | OA | 0.00 | FA |
| 5. approx 55 acres in Opp, AL | 110,000.00 | 0.00 | OA | 0.00 | FA |
| 6. Laguna Beach Estates, single family home | 853,477.00 | 853,477.00 | | 2,150,616.85 | FA |
| 7. Lot 4, Miramar beach s/b | 360,256.00 | 0.00 | OA | 0.00 | FA |
| 8. Lot 34, The Woods s/d | 170,940.00 | 0.00 | OA | 0.00 | FA |
| 9. Lot 9, Grayton Bayou s/d | 38,000.00 | 0.00 | OA | 0.00 | FA |
| 10. 801 Red Drew Avenye | 400,000.00 | 0.00 | OA | 0.00 | FA |
| 11. Lots in Tate County, MS | 285,050.00 | 0.00 | OA | 0.00 | FA |
| 12. ((1) 2006 Ford Explorer 4D Eddie Bauer 6 cyl. 2WD | 6,000.00 | 6,000.00 | OA | 0.00 | FA |
| 13. ((1) 2011 Ford Focus 4D S 4 cyl. w/ 306,000 miles | 4,000.00 | 4,000.00 | OA | 0.00 | FA |
| 14. ((1) 2002 Mercury Mountaineer 4D 2WD 6 cyl. w/ 317 | 1,200.00 | 1,200.00 | OA | 0.00 | FA |
| 15. ((1) 1996 Chevrolet G30 extended van 8 cyl. w/ 89, | 3,000.00 | 3,000.00 | OA | 0.00 | FA |
| 16. ((1) 1992 Chevrolet C10 8 cyl. pickup w/ 601,709 m | 500.00 | 500.00 | OA | 0.00 | FA |
| 17. ((1) 2010 Honda Odyssey EX-L DVD Wagon 4D 3.5L V6 | 16,750.00 | 0.00 | OA | 0.00 | FA |
| 18. HOUSEHOLD GOODS, FURNITURE & FURNISHINGS Location: | 10,361.00 | 0.00 | OA | 0.00 | FA |
| 19. HOUSEHOLD GOODS, FURNITURE & FURNISHINGS (basic re | 2,785.00 | 2,785.00 | OA | 0.00 | FA |
| 20. HOUSEHOLD GOODS, FURNITURE & FURNISHINGS Location: | 1,682.00 | 1,682.00 | OA | 0.00 | FA |
| 21. HOUSEHOLD GOODS, FURNITURE & FURNISHINGS (basic r | 2,290.00 | 2,290.00 | OA | 0.00 | FA |
| 22. (included within #6 above) | 0.00 | 0.00 | OA | 0.00 | FA |
| 23. Library of medical books | Unknown | Unknown | OA | 0.00 | FA |
| 24. Piano/organ - $165 Sports equipment - $93 Location | 258.00 | 129.00 | OA | 0.00 | FA |
| 25. Clothing / wearing apparel | 1,200.00 | 0.00 | OA | 0.00 | FA |
| 26. Jewelry: Wedding rings; watch & everyday wearing a | 500.00 | 0.00 | OA | 0.00 | FA |
| 27. Jewelry: Watch - Est'd value of less than $500 | 500.00 | 0.00 | OA | 0.00 | FA |
| 28. Yard items - $615 (6) Chairs; (2) swings; gym set; | 615.00 | 62.00 | OA | 0.00 | FA |
| 29. Yard items - $463 (6) Chairs; (2) picnic tables; b | 463.00 | 463.00 | OA | 0.00 | FA |
| 30. Cash - Est'd to be not more than $ | 250.00 | 59.00 | OA | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| Case No: | 16-10168 | BPC | Judge: | Bess M. Parrish Creswell | Trustee Name: | William C. Carn, III |
|---|---|---|---|---|---|---|
| Case Name: | JOHN C. TOMBERLIN | | | | Date Filed (f) or Converted (c): | 01/28/2016 (f) |
| | JAN M. TOMBERLIN | | | | 341(a) Meeting Date: | 03/24/2016 |
| For Period Ending: | 03/31/2021 | | | | Claims Bar Date: | 10/11/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 31. C.D. #xxxx-0211 @ First Citizens Bank-Greenville ( | 78,991.19 | 11,338.20 | OA | 0.00 | FA |
| 32. Bank deposits @ State Bank & Trust Co. - checking a | 0.00 | 0.00 | OA | 0.00 | FA |
| 33. Bank deposits @ Regions Bank - Checkingaccount #xx | 0.00 | 0.00 | OA | 0.00 | FA |
| 34. Bank deposits @ Regions Bank - checking account #x | 55.00 | 55.00 | OA | 0.00 | FA |
| 35. Bank deposits @ Regions Bank - Savings account #xx | 1,399.00 | 0.00 | OA | 0.00 | FA |
| 36. Bank deposits @ TB&T - Checking account #xxxx-3036 | 494.00 | 201.00 | OA | 0.00 | FA |
| 37. Bank deposits @ Regions Bank - Checking account #x | 6.50 | 6.50 | OA | 0.00 | FA |
| 38. 335.52 shares - Wells Fargo - Value as of 12/31/15 | 95.52 | 95.52 | OA | 0.00 | FA |
| 39. South Alabama Diagnostic Imaging, P.C. (a/k/a SADI | Unknown | Unknown | OA | 0.00 | FA |
| 40. Enterprise Therapy, LLC (Changed to C-Corp as of 1 | Unknown | Unknown | OA | 0.00 | FA |
| 41. Motion Reality, Inc., a GA corporation | Unknown | Unknown | OA | 0.00 | FA |
| 42. Enterprise Open MRI, LLC | Unknown | Unknown | OA | 0.00 | FA |
| 43. Enterprise Therapy Center, L.L.C. | Unknown | Unknown | OA | 0.00 | FA |
| 44. Void (u) | 0.00 | N/A | OA | 0.00 | FA |
| 45. Marianna Open MRI | Unknown | Unknown | OA | 0.00 | FA |
| 46. JTSC, LLC, a Florida limited liability company | Unknown | Unknown | OA | 0.00 | FA |
| 47. SEP IRA @ Raymond James - account #xxxx-5472 (Valu | 56,542.82 | 0.00 | OA | 0.00 | FA |
| 48. IRA - Edward Jones account #xxxx-5410 (Value as of | 63,622.04 | 0.00 | OA | 0.00 | FA |
| 49. Joint tenants w/ right of survivorship(Maegan F. T | 260.54 | 260.54 | OA | 0.00 | FA |
| 50. Joint tenants w/ right of survivorship (JohnCarey | 257.73 | 257.73 | OA | 0.00 | FA |
| 51. Joint tenants w/ right of survivorship (Molly M. T | 386.96 | 386.96 | OA | 0.00 | FA |
| 52. IRA - Edward Jones account #xxxx-5519 (value as of | 48,001.18 | 0.00 | OA | 0.00 | FA |
| 53. Estate of Frank McGill - Contingent as there is o | Unknown | Unknown | OA | 0.00 | FA |
| 54. -Life insurance w/ Life Insurance Company of the S | 59,404.30 | 0.00 | OA | 0.00 | FA |
| 55. Life insurance w/ Jackson National Life Insurance | 56,190.77 | 0.00 | OA | 0.00 | FA |
| 56. Life insurance w/ Jackson National Life Insurance | 28,140.26 | 0.00 | OA | 0.00 | FA |
| 57. Life insurance w/ State Mutual Insurance Company - | Unknown | Unknown | OA | 0.00 | FA |
| 58. -Life insurance w/ National Life Group (formerly L | 24,741.33 | 0.00 | OA | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No: | 16-10168 | BPC | Judge: | Bess M. Parrish Creswell | Trustee Name: | William C. Carn, III |
|---|---|---|---|---|---|---|
| Case Name: | JOHN C. TOMBERLIN | | | | Date Filed (f) or Converted (c): | 01/28/2016 (f) |
| | JAN M. TOMBERLIN | | | | 341(a) Meeting Date: | 03/24/2016 |
| For Period Ending: | 03/31/2021 | | | | Claims Bar Date: | 10/11/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 59. Life insurance policy w/ Western Reserve or TransA | 66,529.97 | 0.00 | OA | 0.00 | FA |
| 60. Pending BP/Deepwater Horizon oil spill claim as to | 62,948.72 | 62,948.72 | | 34,125.27 | FA |
| 61. Wall & Associates, Inc., 124 Commerce St., Ste 101 | 0.00 | 0.00 | | 20,000.00 | FA |
| 62. John C. Tomberlin 1999 Irrevocable Trust / J.C.T., | 0.00 | 0.00 | OA | 0.00 | FA |
| 63. Balance owed 4/14/09 Promissory Note from Loearl & | 49,998.00 | 49,998.00 | OA | 0.00 | FA |
| 64. Investment associated with marketing property in 2 | 0.00 | 0.00 | OA | 0.00 | FA |
| 65. Loan to Gordon R Tomberlin, Jr., Debtor's nephew ( | 0.00 | 0.00 | OA | 0.00 | FA |
| 66. Loans to Jay Boland between 2006 & 2009 (Loan bala | 0.00 | 0.00 | OA | 0.00 | FA |
| 67. Loan to Gregg Tomberlin, Debtor's nephew (Loan bal | 0.00 | 0.00 | OA | 0.00 | FA |
| 68. Advances to Enterprise Shell Supercenter, LLC f/k/ | 0.00 | 0.00 | OA | 0.00 | FA |
| 69. 2004 to 2009 Loans to Pensacola RX Assistance, Inc | 0.00 | 0.00 | OA | 0.00 | FA |
| 70. Loan to Tomberlin Partnership | 3,000.00 | 3,000.00 | OA | 0.00 | FA |
| 71. BP Settlement Round Two (u) | 0.00 | 0.00 | | 9,076.22 | FA |
| 72. 401(k) | 610,500.70 | 0.00 | OA | 0.00 | FA |
| 73. Tomberlin Partnership | Unknown | Unknown | OA | 0.00 | FA |
| 74. LIfe Insurance w/ Athene Annuity and Life Company - Policy #xxxx-6184 Insured: Debtors' son, John C. Tomberlin, II Cash value as of 5/1/15 - $5,965.86 | Unknown | Unknown | OA | 0.00 | FA |
| 75. LIfe Insurance w/ Athene Annuity and Life Company - Policy #xxxx-6185 Insured: Debtors' daughter, Maegan F. Tomberlin Cash value as of 5/28/15 - $5,867.21 | Unknown | Unknown | OA | 0.00 | FA |
| 76. LIfe Insurance w/ Athene Annuity and Life Company - Policy #xxxx-6186 Insured: Debtors' daughter, Maribeth J. Tomberlin Cash value as of 5/6/15 - $5,016.13 | Unknown | Unknown | OA | 0.00 | FA |
| 77. LIfe Insurance w/ Athene Annuity and Life Company - Policy #xxxx-6187 Insured: Debtor's daughter, Molly M. Tomberlin Cash value as of 5/28/15 - $4,455.23 | Unknown | Unknown | OA | 0.00 | FA |
| 78. 12/19/07 Radiology Services Agreement w/ Crestview Open MRI, Inc., a FL Corporation - Value is unknown as it is based upon services. | Unknown | Unknown | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | OA | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $4,571,333.53 | $1,004,195.17 | $2,213,818.34 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit A

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/28/2018        Current Projected Date of Final Report (TFR): 06/21/2021

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 16-10168 | Trustee Name: William C. Carn, III | Exhibit B |
| Case Name: JOHN C. TOMBERLIN | Bank Name: Union Bank | |
| JAN M. TOMBERLIN | Account Number/CD#: XXXXXX9306 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX2757 | Blanket Bond (per case limit): $1,000,000.00 | |
| For Period Ending: 03/31/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/01/18 | 60 | COLLIER ESPY, JR. IOLTA Trust Account | Balance of BP Recovery | 1149-000 | $34,125.27 | | $34,125.27 |
| 08/06/18 | | CLARK PARTINGTON<br><br>Clark PartingtonAttorneys at Law4100 Legendary Drive, Suite 200Destin, FL 32541 | Sale of Assets | | $1,435,424.25 | | $1,469,549.52 |
| | | | Gross Receipts $2,150,000.00 | | | | |
| | | Regions Bank 1st Mortgage | Mortgage Satisfaction ($692,463.27) | 4110-000 | | | |
| | | Bay County, Florida | Property Taxes Paid at Closing ($7,062.48) | 4700-000 | | | |
| | | Clark Partington Attorneys at Law For Bay County Florida | Recording Fees ($15,050.00) | 2500-000 | | | |
| | 6 | | Laguna Beach Estates, single family home $2,150,000.00 | 1110-000 | | | |
| 08/08/18 | 100001 | INTERNATIONAL SURETIES, LTD 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond Premium Bond Number 016215831 | 2300-000 | | $4,600.00 | $1,464,949.52 |
| 08/30/18 | 6 | REGIONS BANK | Refund of Overpayment | 1110-000 | $616.85 | | $1,465,566.37 |
| 09/14/18 | | JAMES SHARP HCB Advisory Group, LLC 42 Business Center Drive Suite 101 Miramar Beach, FL 32550 | REALTOR FEE Approved by court at #247- Paid by Wire Transaction | 3510-000 | | $40,000.00 | $1,425,566.37 |
| 09/14/18 | 100002 | BILL THOMAS Beach Time Realty, Inc. 143 Palm Grove Blvd. Panama City Beach, FL 32408 | REALTOR FEE Approve by order at #248 | 3510-000 | | $40,000.00 | $1,385,566.37 |
| 09/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $1,765.69 | $1,383,800.68 |
| 10/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $2,048.05 | $1,381,752.63 |
| 11/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $2,056.06 | $1,379,696.57 |
| 12/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $1,986.96 | $1,377,709.61 |
| 01/23/19 | 71 | HESI c/o Garden City Group, LLC PO Box 10260 Dublin, OH 43017-5760 | Settlement of BP Claim | 1249-000 | $1,410.19 | | $1,379,119.80 |
| 01/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $2,050.07 | $1,377,069.73 |

| | | |
|---|---|---|
| Page Subtotals: | $1,471,576.56 | $94,506.83 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 16-10168 | Trustee Name: William C. Carn, III | Exhibit B |
| Case Name: JOHN C. TOMBERLIN | Bank Name: Union Bank | |
| JAN M. TOMBERLIN | Account Number/CD#: XXXXXX9306 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX2757 | Blanket Bond (per case limit): $1,000,000.00 | |
| For Period Ending: 03/31/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $2,047.54 | $1,375,022.19 |
| 03/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $1,848.28 | $1,373,173.91 |
| 04/12/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | $1,373,173.91 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $1,471,576.56 | $1,471,576.56 |
| Less: Bank Transfers/CD's | $0.00 | $1,373,173.91 |
| Subtotal | $1,471,576.56 | $98,402.65 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,471,576.56 | $98,402.65 |

Page Subtotals: $0.00 $1,377,069.73

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-10168  
Case Name: JOHN C. TOMBERLIN  
JAN M. TOMBERLIN  

Trustee Name: William C. Carn, III  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0076  
Checking Account  

Exhibit B

Taxpayer ID No: XX-XXX2757  
For Period Ending: 03/31/2021  

Blanket Bond (per case limit): $1,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/12/19 | | Trsf In From UNION BANK | INITIAL WIRE TRANSFER IN | 9999-000 | $1,373,173.91 | | $1,373,173.91 |
| 04/12/19 | 2001 | ALABAMA DEPT. OF REVENUE Individual and Corporate Tax Division P.O. Box 327444 Montgomery, AL 36132-7444 | Form FDT-V 2018 EIN 83-6854966, Form FDT-V for the year ended December 31, 2018- Jan M. Tomberlin | 2820-000 | | $29,624.00 | $1,343,549.91 |
| 04/12/19 | 2002 | ALABAMA DEPT. OF REVENUE Individual and Corporate Tax Division P.O. Box 327444 Montgomery, AL 36132-7444 | Form FDT-V 2018 EIN 30-6622757, Form FDT-V for the year ended December 31, 2018- John C. Tomberlin | 2820-000 | | $29,624.00 | $1,313,925.91 |
| 04/12/19 | 2003 | UNITED STATES TREASURY Department of the Treasury Internal Revenue Service Ogden, UT 84201-0045 | Form 7004 2018 EIN 30-6622757, Form 7004 for the year ended 12/31/18-John C. Tomberlin | 2810-000 | | $178,522.00 | $1,135,403.91 |
| 04/12/19 | 2004 | UNITED STATES TREASURY Department of the Treasury Internal Revenue Service Ogden, UT 84201-0045 | Form 7004 2018 EIN 83-6854966, Form 7004 for the year ended 12/31/18-Jan M. Tomberlin | 2810-000 | | $178,522.00 | $956,881.91 |
| 04/15/19 | 61 | SIROTE & PERMUTT, P.C. Client Trust Account 2311 Highland Ave. South Birmingham, AL 35255 | lawsuit settlement proceeds | 1149-000 | $7,000.00 | | $963,881.91 |
| 05/10/19 | 61 | SIROTE & PERMUTT, P.C. Client Trust Account 2311 Highland Avenue South P.O. Box 55727 Birmingham, AL 35255 | lawsuit settlement proceeds | 1149-000 | $7,000.00 | | $970,881.91 |
| 06/05/19 | 2005 | UNITED STATES TREASURY Internal Revenue Service Center 2970 Market Street Philadelphia, PA 19104-5002 | Form 1041 for 2018 E.I.N.30-6622757, Form 1041 for the year ended 12/31/18 -John C. Tomberlin | 2810-000 | | $1,433.00 | $969,448.91 |
| 06/05/19 | 2006 | UNITED STATES TREASURY Internal Revenue Service Center 2970 Market Street Philadelphia, PA 19104-5002 | Form 1041 for 2018 EIN 83-6854966, Form 1041 for the year ended 12/31/18 -Jan M. Tomberlin | 2810-000 | | $1,433.00 | $968,015.91 |

Page Subtotals: $1,387,173.91 $419,158.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | Exhibit B |
|---|---|---|
| Case No: 16-10168 | Trustee Name: William C. Carn, III | |
| Case Name: JOHN C. TOMBERLIN | Bank Name: Axos Bank | |
| JAN M. TOMBERLIN | Account Number/CD#: XXXXXX0076 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX2757 | Blanket Bond (per case limit): $1,000,000.00 | |
| For Period Ending: 03/31/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/10/19 | 61 | SIROTE & PERMUTT, P.C. Client Trust Account 2311 Highland Avenue South P.O. Box 55727 Birmingham, AL 35255 | lawsuit settlement proceeds | 1149-000 | $6,000.00 | | $974,015.91 |
| 07/26/19 | 2007 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | Bond Premium BOND NUMBER IS 016215831 | 2300-000 | | $4,600.00 | $969,415.91 |
| 08/15/19 | 2008 | STRICKLAND, BARRY P.O. Box 9228 Richmond, VA 23227 | Accountant's fee Per Court Order dated 7/30/19 | | | $8,839.45 | $960,576.46 |
| | | STRICKLAND, BARRY | Accountant's fee ($8,616.25) | 3410-000 | | | |
| | | STRICKLAND, BARRY | Accountant's fee ($223.20) | 3420-000 | | | |
| 07/27/20 | | Global Surety, LLC- Operating Acct. Hancock Whitney Center 701 Poydras Street Suite 420 New Orleans, LA 70139 | refund for CH 7 Bond #016215831 | 2300-000 | | ($1,210.00) | $961,786.46 |
| 08/26/20 | 71 | JOHN G. TOERNER ATTORNEY AT LAW IOLTA CLIENT TRUST ACCOUNT 19335 N. 9TH ST. COVINGTON,LA 70433 | Settlement of BP Claim Round 2 | 1249-000 | $7,666.03 | | $969,452.49 |
| 12/02/20 | | Internal Revenue Service Centralized Insolvency Operations Po Box 7346 Philadelphia Pa 19101-7346 | CARVE OUT | | | $399,164.26 | $570,288.23 |
| | | Internal Revenue Service | CARVE OUT ($280,304.72) | 4110-002 | | | |
| | | Internal Revenue Service | CARVE OUT ($118,859.54) | 5800-000 | | | |
| 12/02/20 | | Ncp Bayou 2, L.L.C. C\O Strength & Connally, Llc 7020 Fain Park Dr., Ste. 3 Montgomery, Al 36117 | CARVE OUT | 4110-000 | | $390,288.23 | $180,000.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $1,400,839.94 | $1,220,839.94 |
| Less: Bank Transfers/CD's | | $1,373,173.91 | $0.00 |
| Subtotal | | $27,666.03 | $1,220,839.94 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| | | | |
| Page Subtotals: | | $13,666.03 | $801,681.94 |

Net  $27,666.03  $1,220,839.94

Exhibit B

Page Subtotals:  $0.00  $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0076 - Checking Account | $27,666.03 | $1,220,839.94 | $180,000.00 |
| XXXXXX9306 - Checking Account (Non-Interest Earn | $1,471,576.56 | $98,402.65 | $0.00 |
| | $1,499,242.59 | $1,319,242.59 | $180,000.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $714,575.75 |
| Total Net Deposits: | $1,499,242.59 |
| Total Gross Receipts: | $2,213,818.34 |

Page Subtotals: $0.00 $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:16-10168-BPC  
Debtor Name: JOHN C. TOMBERLIN  
Claims Bar Date: 10/11/2018  

Date: March 31, 2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | WILLIAM C. CARN<br>P. O. Box 8665<br>Dothan, AL 36304 | Administrative | | $0.00 | $77,316.18 | $77,316.18 |
| 100 2200 | WILLIAM C. CARN<br>P. O. Box 8665<br>Dothan, AL 36304 | Administrative | | $0.00 | $2,683.82 | $2,683.82 |
| 1 280 5800 | Tate County Tax Collector<br>C/O Ernie Brents<br>201 Ward St<br>Senatobia Ms 38668 | Priority | ORDER SUSTAINING OBJECTION TO CLAIM 1 DE 301 | $0.00 | $7,441.62 | $0.00 |
| 4 280 5800 | Internal Revenue Service<br>Centralized Insolvency Operations<br>Po Box 7346<br>Philadelphia Pa 19101-7346 | Priority | ORDER APPROVING THE SETTLEMENT OF THE DEBTOR'S FEDERAL TAX DEBTS AND CARVE-OUT AGREEMENT DOCUMENT ORDER #358. On February 4, 2021, the IRS amended its administrative tax claim (Claim #4) to reflect its receipt of the estate's distribution on December 3, 2020, and that the debtor's income tax liability for 2016 has been paid in full. | $0.00 | $118,859.54 | $118,859.54 |
| 2 300 7100 | Tate County Tax Collector<br>C/O Ernie Brents<br>201 Ward St<br>Senatobia Ms 38668 | Unsecured | ORDER SUSTAINING OBJECTION TO CLAIM 2 DE 300 | $0.00 | $7,441.62 | $0.00 |
| 3 300 7100 | AMERIS BANK<br>300 EAST FIRST STREET<br>VIDALIA, GA 30474 | Unsecured | | $0.00 | $308,853.60 | $308,853.60 |
| 5 300 7100 | Carr Riggs & Ingram Llc<br>Po Box 311070<br>Enterprise Al 36331 | Unsecured | | $0.00 | $105,810.00 | $105,810.00 |
| 7 300 7100 | Capital One Bank (Usa), N.A.<br>By American Infosource As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | ORDER SUSTAINING OBJECTION TO CLAIM 7 DE 299 | $0.00 | $4,276.79 | $0.00 |

Page 1     Printed: March 31, 2021

USBA Form 101-7-TFR (5/1/2021) (Page 13)  Case 16-10168  Doc 363  Filed 04/05/21  Entered 04/05/21 08:35:50  Desc Main Document  Page 13 of 17

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:16-10168-BPC  
Debtor Name: JOHN C. TOMBERLIN  
Claims Bar Date: 10/11/2018  

Date: March 31, 2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 8B 300 7100 | Ncp Bayou 2, L.L.C. C\O Strength & Connally, Llc 7020 Fain Park Dr., Ste. 3 Montgomery, Al 36117 | Unsecured | ORDER APPROVING CARVE-OUT AGREEMENT DOCUMENT ORDER #358 | $0.00 | $42,049,124.00 | $41,658,835.77 |
| 9 300 7100 | Commercial Bank Of Ozark C/O Brogden Law Firm, Llc Post Office Drawer 1007 Ozark, Al 36361-1007 | Unsecured | | $0.00 | $21,379.77 | $21,379.77 |
| 12 350 7200 | Cerner Corporation 2800 Rockcreek Parkway Kansas City, Mo 64117 | Unsecured | Tardily filed. | $0.00 | $12,488.12 | $0.00 |
| 6 400 4110 | Internal Revenue Service Centralized Insolvency Operations Po Box 7346 Philadelphia Pa 19101-7346 | Secured | ORDER APPROVING THE SETTLEMENT OF THE DEBTORS' FEDERAL TAX DEBITS AND CARVE-OUT AGREEMENT DOCUMENT ORDER #358. On February 4, 2021, the IRS amended its proof of claim (Claim #6) to reflect that: (1) the IRS received the estate's distribution on December 3, 2020; (2) the debtors defaulted on the court-approved settlement of their federal tax debts (the "debtors" default"); and (3) the amount of the debtors' unpaid pre-petition tax liabilities, including penalties and interest thereon, as of the petition date, January 28, 2016, that exists on account of the debtors' default. The IRS will collect the debtors' unpaid pre-petition tax liabilities, including penalties and interest thereon, outside of bankruptcy, by and through, inter alia, enforcement of its pre-petition federal tax liens. | $0.00 | $733,596.98 | $280,304.72 |
| 8A 400 4110 | Ncp Bayou 2, L.L.C. C\O Strength & Connally, Llc 7020 Fain Park Dr., Ste. 3 Montgomery, Al 36117 | Secured | ORDER APPROVING CARVE-OUT AGREEMENT DOCUMENT ORDER #358 | $0.00 | $42,049,124.00 | $390,288.23 |
| 10 400 4110 | Commercial Bank Of Ozark C/O Brogden Law Firm, Llc Post Office Drawer 1007 Ozark, Al 36361-1007 | Secured | ORDER SUSTAINING OBJECTION TO CLAIM 10 DE 302 | $0.00 | $13,685.11 | $0.00 |
| 11 400 4110 | Commercial Bank Of Ozark C/O Brogden Law Firm, Llc Post Office Drawer 1007 Ozark, Al 36361-1007 | Secured | ORDER SUSTAINING OBJECTION TO CLAIM 11 DE 303 | $0.00 | $39,360.01 | $0.00 |
| | Case Totals | | | $0.00 | $85,551,441.16 | $42,964,331.63 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2    Printed: March 31, 2021

USBA Form 101-7-TFR (5/1/2011) (Page: 4)    Case 16-10168    Doc 363    Filed 04/05/21    Entered 04/05/21 08:35:50    Desc Main Document    Page 14 of 17

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-10168
Case Name: JOHN C. TOMBERLIN
              JAN M. TOMBERLIN
Trustee Name: William C. Carn, III

    Balance on hand                                         $      180,000.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | Commercial Bank Of Ozark | $ 13,685.11 | $ 0.00 | $ 0.00 | $ 0.00 |
| 11 | Commercial Bank Of Ozark | $ 39,360.01 | $ 0.00 | $ 0.00 | $ 0.00 |
| 6 | Internal Revenue Service[3] | $ 733,596.98 | $ 280,304.72 | $ 280,304.72 | $ 0.00 |
| 8A | Ncp Bayou 2, L.L.C. | $ 42,049,124.00 | $ 390,288.23 | $ 390,288.23 | $ 0.00 |

    Total to be paid to secured creditors                       $      0.00

    Remaining Balance                                         $      180,000.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: WILLIAM C. CARN | $ 77,316.18 | $ 0.00 | $ 77,316.18 |
| Trustee Expenses: WILLIAM C. CARN | $ 2,683.82 | $ 0.00 | $ 2,683.82 |

    Total to be paid for chapter 7 administrative expenses         $      80,000.00

    Remaining Balance                                         $      100,000.00

---

[3] On February 4, 2021, the IRS amended its proof of claim (Claim No. 6) to reflect that: (1) the IRS received the estate's distribution on December 3, 2020; (2) the debtors defaulted on the court-approved settlement of their federal tax debts (the "debtors' default") (*see* Doc. 358); and (3) the amount of the debtors' unpaid pre-petition tax liabilities, including penalties and interest thereon, as of the petition date, January 28, 2016, that exists on account of the debtors' default. The IRS will collect the debtors' unpaid pre-petition tax liabilities, including penalties and interest thereon, outside of bankruptcy, by and through, *inter alia*, enforcement of its pre-petition federal tax liens.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $118,859.54 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Tate County Tax Collector | $ 0.00 | $ 0.00 | $ 0.00 |
| 4 | Internal Revenue Service[4] | $ 118,859.54 | $ 118,859.54 | $ 0.00 |

Total to be paid to priority creditors $ 0.00

Remaining Balance $ 100,000.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $42,094,879.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Tate County Tax Collector | $ 0.00 | $ 0.00 | $ 0.00 |
| 3 | AMERIS BANK | $ 308,853.60 | $ 0.00 | $ 733.71 |
| 5 | Carr Riggs & Ingram Llc | $ 105,810.00 | $ 0.00 | $ 251.36 |
| 7 | Capital One Bank (Usa), N.A. | $ 0.00 | $ 0.00 | $ 0.00 |

_____

[4] On February 4, 2021, the IRS amended its administrative tax claim (Claim No. 4) to reflect its receipt of the estate's distribution on December 3, 2020, and that the debtors' income tax liability for 2016 has been paid in full.

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8B | Ncp Bayou 2, L.L.C. | $ 41,658,835.77 | $ 0.00 | $ 98,964.14 |
| 9 | Commercial Bank Of Ozark | $ 21,379.77 | $ 0.00 | $ 50.79 |
| | Total to be paid to timely general unsecured creditors | | | $ 100,000.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Cerner Corporation | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE