**Exhibit A**

# Compensation and Expenses Worksheet

Case Number: 16-10168 BPC
Debtor: TOMBERLIN, JOHN C.
Joint Debtor: TOMBERLIN, JAN M.

## 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:

Pursuant to 11 U.S.C. § 326, compensation is computed as follows: $2,213,818.34

|   |   |   |   |   |
|---|---|---|---|---|
| Less | | $2,213,818.34 | 25% of First $5,000.00 | $1,250.00 |
| | | $5,000.00 | ($1,250.00 Maximum) | |
| Less | Balance | $2,208,818.34 | 10% of Next $45,000.00 | $4,500.00 |
| | | $45,000.00 | ($4,500.00 Maximum) | |
| Less | Balance | $2,163,818.34 | 5% of Next $950,000.00 | $47,500.00 |
| | | $950,000.00 | ($47,500.00 Maximum) | |
| | Balance | $1,213,818.34 | 1.98268383% of Balance | $24,066.18 |

TOTAL COMPENSATION CALCULATED: $77,316.18

Less Previously Paid Compensation $0.00

**TOTAL COMPENSATION REQUESTED:** $77,316.18

## 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| Date | Description | Amount |
|---|---|---|
| 06/20/2016 | recording fee: recording fee 1 @ $238.00 / | $238.00 |
| 09/06/2016 | Photocopies: photocopies 3 per page @ $0.30 / per page | $0.90 |
| 09/08/2016 | Photocopies: photocopies 5 per page @ $0.30 / per page | $1.50 |
| 09/29/2016 | Photocopies: photocopies 3 per page @ $0.30 / per page | $0.90 |
| 05/03/2017 | Photocopies: photocopies 3 per page @ $0.30 / per page | $0.90 |
| 05/03/2017 | Photocopies: photocopies 1 per page @ $0.30 / per page | $0.30 |
| 05/03/2017 | Photocopies: photocopies 3 per page @ $0.30 / per page | $0.90 |
| 05/08/2017 | Photocopies: photocopies 1 per page @ $0.30 / per page | $0.30 |
| 05/09/2017 | Photocopies: photocopies 3 per page @ $0.30 / per page | $0.90 |
| 06/26/2017 | long distance charge: long distance charge 5 per minute @ $0.14 / per minute | $0.70 |
| 03/12/2018 | Photocopies: photocopies 2 per page @ $0.30 / per page | $0.60 |

# Compensation and Expenses Worksheet

Case Number: 16-10168 BPC
Debtor: TOMBERLIN, JOHN C.
Joint Debtor: TOMBERLIN, JAN M.

The Trustee has incurred the following expenses:

| Date | Description | Amount |
|---|---|---|
| 03/22/2018 | Photocopies: photocopies 177 per page @ $0.30 / per page | $53.10 |
| 03/22/2018 | Postage: Postage 59 Unit(s) @ $0.50 / Unit(s) | $29.50 |
| 03/22/2018 | supplies and materials: supplies and materials 59 per item @ $0.15 / per item | $8.85 |
| 03/28/2018 | filing fee: filing fee 1 @ $181.00 / | $181.00 |
| 05/01/2018 | Photocopies: photocopies 885 per page @ $0.30 / per page | $265.50 |
| 05/01/2018 | Postage: postage 59 @ $0.50 / | $29.50 |
| 05/01/2018 | supplies and materials: supplies and materials 59 per item @ $0.15 / per item | $8.85 |
| 06/29/2018 | long distance charge: long distance charge 1 per minute @ $0.14 / per minute | $0.14 |
| 07/05/2018 | long distance charge: long distance charge 2 per minute @ $0.14 / per minute | $0.28 |
| 07/24/2018 | Photocopies: photocopies 2 per page @ $0.30 / per page | $0.60 |
| 07/24/2018 | Photocopies: photocopies 118 per page @ $0.30 / per page | $35.40 |
| 07/24/2018 | Postage: postage 59 @ $0.50 / | $29.50 |
| 07/24/2018 | Photocopies: photocopies 118 per page @ $0.30 / per page | $35.40 |
| 07/24/2018 | Postage: postage 59 @ $0.50 / | $29.50 |
| 07/24/2018 | Photocopies: photocopies 118 per page @ $0.30 / per page | $35.40 |
| 07/24/2018 | Postage: postage 59 @ $0.50 / | $29.50 |
| 07/24/2018 | supplies and materials: supplies and materials 59 per item @ $0.15 / per item | $8.85 |
| 07/24/2018 | supplies and materials: supplies and materials 59 per item @ $0.15 / per item | $8.85 |
| 07/24/2018 | supplies and materials: supplies and materials 59 per item @ $0.15 / per item | $8.85 |
| 07/26/2018 | long distance charge: long distance charge 17 per minute @ $0.14 / per minute | $2.38 |
| 07/26/2018 | COPIES: COPIES 1 PER PAGE @ $16.00 / PER PAGE | $16.00 |
| 07/26/2018 | RECORDATION/CERTIFICATION FEE: RECORDATION/CERTIFICATION FEE 1 1 @ $11.00 / 1 | $11.00 |
| 08/01/2018 | Postage: POSTAGE 1 EACH @ $7.45 / EACH | $7.45 |
| 08/01/2018 | Photocopies: photocopies 9 per page @ $0.30 / per page | $2.70 |
| 08/01/2018 | supplies and materials: supplies and materials 3 per item @ $0.96 / per item | $2.88 |
| 08/01/2018 | Photocopies: photocopies 3 per page @ $0.30 / per page | $0.90 |
| 08/06/2018 | Photocopies: photocopies 3 per page @ $0.30 / per page | $0.90 |
| 08/08/2018 | Photocopies: photocopies 1 per page @ $0.30 / per page | $0.30 |
| 08/08/2018 | Postage: postage 1 @ $0.50 / | $0.50 |
| 08/08/2018 | supplies and materials: supplies and materials 1 per item @ $0.15 / per item | $0.15 |

# Compensation and Expenses Worksheet

Case Number: 16-10168 BPC
Debtor: TOMBERLIN, JOHN C.
Joint Debtor: TOMBERLIN, JAN M.

The Trustee has incurred the following expenses:

| Date | Description | Amount |
|---|---|---|
| 08/30/2018 | Photocopies: photocopies 3 per page @ $0.30 / per page | $0.90 |
| 09/14/2018 | Photocopies: photocopies 1 per page @ $0.30 / per page | $0.30 |
| 09/14/2018 | Postage: postage 1 @ $0.50 / | $0.50 |
| 09/14/2018 | supplies and materials: supplies and materials 1 per item @ $0.15 / per item | $0.15 |
| 09/14/2018 | Photocopies: photocopies 1 per page @ $0.30 / per page | $0.30 |
| 09/20/2018 | Photocopies: photocopies 2 per page @ $0.30 / per page | $0.60 |
| 10/27/2018 | Photocopies: photocopies 5 per page @ $0.30 / per page | $1.50 |
| 01/23/2019 | Photocopies: photocopies 3 per page @ $0.30 / per page | $0.90 |
| 02/18/2019 | long distance charge: long distance charge 2 per minute @ $0.14 / per minute | $0.28 |
| 03/27/2019 | Photocopies: photocopies 774 per page @ $0.15 / per page | $116.10 |
| 03/27/2019 | Postage: postage 86 @ $0.55 / | $47.30 |
| 04/05/2019 | Photocopies: photocopies 531 per page @ $0.30 / per page | $159.30 |
| 04/05/2019 | Postage: Postage 59 Unit(s) @ $0.55 / Unit(s) | $32.45 |
| 04/05/2019 | supplies and materials: supplies and materials 59 per item @ $0.15 / per item | $8.85 |
| 04/12/2019 | Postage: postage 1 @ $13.70 / | $13.70 |
| 04/12/2019 | Photocopies: photocopies 2 per page @ $0.30 / per page | $0.60 |
| 04/15/2019 | Photocopies: photocopies 3 per page @ $0.30 / per page | $0.90 |
| 05/04/2019 | Photocopies: photocopies 5 per page @ $0.30 / per page | $1.50 |
| 05/09/2019 | long distance charge: long distance charge 14 per minute @ $0.14 / per minute | $1.96 |
| 05/10/2019 | long distance charge: long distance charge 3 per minute @ $0.14 / per minute | $0.42 |
| 05/10/2019 | Photocopies: photocopies 3 per page @ $0.30 / per page | $0.90 |
| 05/15/2019 | supplies and materials: supplies and materials 1 per item @ $0.15 / per item | $0.15 |
| 05/15/2019 | supplies and materials: supplies and materials 1 per item @ $0.15 / per item | $0.15 |
| 05/15/2019 | supplies and materials: supplies and materials 1 per item @ $0.15 / per item | $0.15 |
| 05/15/2019 | supplies and materials: supplies and materials 1 per item @ $0.15 / per item | $0.15 |
| 05/15/2019 | supplies and materials: supplies and materials 1 per item @ $0.15 / per item | $0.15 |
| 05/15/2019 | Photocopies: photocopies 2 per page @ $0.30 / per page | $0.60 |
| 05/15/2019 | Postage: postage 1 @ $0.55 / | $0.55 |
| 05/15/2019 | Photocopies: photocopies 2 per page @ $0.30 / per page | $0.60 |
| 05/15/2019 | Postage: postage 1 @ $0.55 / | $0.55 |
| 05/15/2019 | Photocopies: photocopies 2 per page @ $0.30 / per page | $0.60 |

# Compensation and Expenses Worksheet

Case Number: 16-10168 BPC
Debtor: TOMBERLIN, JOHN C.
Joint Debtor: TOMBERLIN, JAN M.

The Trustee has incurred the following expenses:

| Date | Description | Amount |
|---|---|---|
| 05/15/2019 | Postage: postage 1 @ $0.55 / | $0.55 |
| 05/15/2019 | Photocopies: photocopies 2 per page @ $0.30 / per page | $0.60 |
| 05/15/2019 | Postage: postage 1 @ $0.55 / | $0.55 |
| 05/15/2019 | Photocopies: photocopies 2 per page @ $0.30 / per page | $0.60 |
| 05/15/2019 | Postage: postage 1 @ $0.55 / | $0.55 |
| 06/05/2019 | Photocopies: photocopies 20 per page @ $0.30 / per page | $6.00 |
| 06/05/2019 | Postage: postage 1 @ $29.50 / | $29.50 |
| 06/05/2019 | supplies and materials: supplies and materials 1 per item @ $0.20 / per item | $0.20 |
| 06/10/2019 | Photocopies: photocopies 3 per page @ $0.30 / per page | $0.90 |
| 06/11/2019 | supplies and materials: supplies and materials 52 per item @ $0.15 / per item | $7.80 |
| 06/11/2019 | Photocopies: photocopies 260 per page @ $0.30 / per page | $78.00 |
| 06/11/2019 | Postage: postage 52 @ $0.55 / | $28.60 |
| 07/26/2019 | supplies and materials: supplies and materials 1 per item @ $0.15 / per item | $0.15 |
| 07/26/2019 | Photocopies: photocopies 1 per page @ $0.30 / per page | $0.30 |
| 07/26/2019 | Postage: Postage 1 Unit(s) @ $0.55 / Unit(s) | $0.55 |
| 08/15/2019 | Photocopies: photocopies 1 per page @ $0.30 / per page | $0.30 |
| 08/15/2019 | Postage: Postage 1 @ $0.55 / | $0.55 |
| 08/15/2019 | supplies and materials: supplies and materials 1 per item @ $0.15 / per item | $0.15 |
| 09/10/2019 | long distance charge: long distance charge 3 per minute @ $0.14 / per minute | $0.42 |
| 11/08/2019 | Photocopies: photocopies 9 per page @ $0.30 / per page | $2.70 |
| 11/21/2019 | Photocopies: photocopies 380 per page @ $0.30 / per page | $114.00 |
| 11/21/2019 | Postage: Postage 76 Unit(s) @ $0.55 / Unit(s) | $41.80 |
| 11/21/2019 | supplies and materials: supplies and materials 76 per item @ $0.15 / per item | $11.40 |
| 05/01/2020 | Photocopies: photocopies 9 per page @ $0.30 / per page | $2.70 |
| 05/20/2020 | Bond: Bond Premium 1 Bond Premium @ $789.61 / Bond Premium | $789.61 |
| 07/27/2020 | Photocopies: photocopies 3 per page @ $0.30 / per page | $0.90 |
| 07/27/2020 | Postage: Postage 81 Unit(s) @ $0.55 / Unit(s) | $44.55 |
| 07/27/2020 | Photocopies: photocopies 12 per page @ $0.30 / per page | $3.60 |
| 10/05/2020 | Photocopies: photocopies 9 per page @ $0.30 / per page | $2.70 |
| 02/25/2021 | Photocopies: photocopies 18 per page @ $0.30 / per page | $5.40 |
| 03/01/2021 | Photocopies: photocopies 16 per page @ $0.30 / per page | $4.80 |

# Compensation and Expenses Worksheet

Case Number: 16-10168 BPC
Debtor: TOMBERLIN, JOHN C.
Joint Debtor: TOMBERLIN, JAN M.

The Trustee has incurred the following expenses:

| Date | Description | Amount |
|---|---|---|
| 03/31/2021 | Photocopies: photocopies 11 per page @ $0.30 / per page | $3.30 |
| 04/30/2021 | Photocopies: photocopies 7 per page @ $0.30 / per page | $2.10 |
| 04/30/2021 | Postage: Postage 7 Unit(s) @ $0.55 / Unit(s) | $3.85 |
| 04/30/2021 | supplies and materials: supplies and materials 7 per item @ $0.15 / per item | $1.05 |
| 06/18/2021 | Photocopies: photocopies 28 per page @ $0.30 / per page | $8.40 |
| 06/18/2021 | Postage: Postage 1 Unit(s) @ $1.75 / Unit(s) | $1.75 |
| 06/18/2021 | supplies and materials: supplies and materials 1 per item @ $0.25 / per item | $0.25 |

**TOTAL EXPENSES CALCULATED:** $2,683.82

**Less Previously Paid Expenses:** $0.00

**TOTAL EXPENSES REQUESTED:** $2,683.82

**TOTAL EXPENSES AND COMPENSATION REQUESTED:** $80,000.00

DATED: February 15, 2021

SIGNED: /s/ William C. Carn, III          TRUSTEE: William C. Carn, Trustee
P. O. Box 8665
Dothan, AL 36304