UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 16–10168
Chapter 7

John C. Tomberlin and Jan M. Tomberlin ,

   Debtors.

### ORDER TERMINATING STAY

Upon consideration of the motion of the creditor, *NCP Bayou 2, LLC,* for relief from the stay imposed by 11 U.S.C. § 362(a), the court concludes that either no response to the motion has been filed within the time allowed by L.B.R. 4001–1, Bankr. M.D. Ala., or a response was filed consenting to the motion and therefore the motion should be **GRANTED**. Accordingly, it is

**ORDERED** that the stay in this case with respect to this creditor is terminated. The creditor may permit enforcement of a lien against the property of the estate or of the debtor described in the motion. However, to the extent the Motion for Relief contains a request for waiver of the 14–day stay, that request is denied pursuant to Bankruptcy Rule 4001(a)(3) and Local Rule 4001–1(e)(1).

Dated June 22, 2021

*/s/ Bess M. Parrish Creswell*

Bess M. Parrish Creswell
United States Bankruptcy Judge